UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and
all others similarly situated,
  Plaintiff,

    v.         CASE NO.: 1:19-cv-11498

VEJA NORTH AMERICA INC.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 15, 2020

| For Plaintiff Joseph Guglielmo | For Defendant Veja North America, Inc. |
|---|---|
| *[signature]* <br> David Paul Force <br> Stein Saks, PLLC <br> 285 Passaic Street <br> Hackensack, NJ 07601 <br> Ph: 201-282-6500 <br> dforce@steinsakslegal.com | *[signature]* <br> Michael Hugh Gibson <br> Duane Morris LLP <br> 230 Park Ave suite 1130 <br> New York, NY 10169 <br> Ph: 212-404-8726 <br> mhgibson@duanemorris.com |

## CERTIFICATE OF SERVICE

I certify that on May 15, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David Paul Force*
David Paul Force
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*
